IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| YUKIE SOTO-ELLIOTT,<br><br>              Plaintiff,<br><br>    vs.<br><br>STATE OF NEBRASKA, in official capacity; COUNTY ATTORENY OFFICE, in official capacity; CITY OF BELLEVUE, in official capacity; BELLEVUE POLICE DEPARTMENT, in official capacity; PAPILLION POLICE DEPARTMENT, in official capacity; SARPY COUNTY JAIL, in official capacity; AIMEE C. BATAILLON, in official capacity; J. HAGGIS, Bellevue Officer, in official capacity; D. BAFARO, Officer, in official capacity; HOWARD BANKS, LT, in official capacity; MCDANIEL, Sargent, in official capacity; AUTO BODY AUTHORITY TOWING AND IMPOUND INC, in official capacity; and HONDA CARS OF BELLEVUE DEALERSHIP,<br><br>              Defendants. | 8:24CV290<br><br>**ORDER** |

       This matter is before the Court on the Court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Upon review of the parties and the record in the above-designated case, the undersigned judge shall, and hereby does, recuse himself from the above-designated case pursuant to 28 U.S.C. § 455(a).

       SO ORDERED.

Dated this 22nd day of July, 2024.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge