IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| YUKIE SOTO-ELLIOTT,<br><br>               Plaintiff,<br><br>    vs.<br><br>STATE OF NEBRASKA, in official capacity; COUNTY ATTORENY OFFICE, in official capacity; CITY OF BELLEVUE, in official capacity; BELLEVUE POLICE DEPARTMENT, in official capacity; PAPILLION POLICE DEPARTMENT, in official capacity; SARPY COUNTY JAIL, in official capacity; AIMEE C. BATAILLON, in official capacity; J. HAGGIS, Bellevue Officer, in official capacity; D. BAFARO, Officer, in official capacity; HOWARD BANKS, LT, in official capacity; MCDANIEL, Sargent, in official capacity; AUTO BODY AUTHORITY TOWING AND IMPOUND INC, in official capacity; and HONDA CARS OF BELLEVUE DEALERSHIP,<br><br>               Defendants. | 8:24CV290<br><br>**MEMORANDUM AND ORDER** |

      Plaintiff Yukie Soto-Elliott, a non-prisoner, filed a Motion for Leave to Proceed in Forma Pauperis. ([Filing No. 2](#).)  Upon review of Plaintiff's Motion, the Court finds that Plaintiff is financially eligible to proceed in forma pauperis.

      IT IS THEREFORE ORDERED that leave to proceed in forma pauperis is granted, and the Complaint shall be filed without payment of fees.  Plaintiff is advised that the next step in Plaintiff's case will be for the Court to conduct an initial review of Plaintiff's claims to determine whether summary dismissal is appropriate under [28 U.S.C. § 1915(e)(2)](#).  The Court will conduct this initial review in its normal course of business.

Dated this 9th day of August, 2024.

BY THE COURT:

s/ Susan M. Bazis
United States District Judge